IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIMERI NEITZKE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06 CV 3060 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| HUSQVARNA PROFESSIONAL OUTDOOR | ) | ORDER |
| PRODUCTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

    Upon consideration of the plaintiff's motion for leave to file amended complaint,

    IT HEREBY IS ORDERED, The motion, filing 8, is granted, and the amended complaint shall be filed forthwith.

    DATED June 28, 2006

                                                  BY THE COURT:

                                          s/ *David L. Piester*
                                          United States Magistrate Judge