```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA

TIMERI NEITZKE,                    )
                                   )
               Plaintiff,          )         4:06CV3060
                                   )
       v.                          )
                                   )
HUSQVARNA PROFESSIONAL             )            ORDER
OUTDOOR PRODUCTS,                  )
                                   )
               Defendant.          )
                                   )
```

IT IS ORDERED:

The joint oral motion of the parties is granted and the deadline for filing the parties' Rule 26 planning conference report is extended to September 1, 2006.

DATED this 2nd day of August, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge