```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA

TIMERI NEITZKE,                  )
                                 )
            Plaintiff,           )          4:06CV3060
                                 )
      v.                         )
                                 )
HUSQVARNA PROFESSIONAL           )          ORDER
OUTDOOR PRODUCTS, INC.,          )
                                 )
            Defendant.           )
                                 )
```

IT IS ORDERED:

Defendant's unopposed oral motion to continue the Rule 26 telephone planning conference is granted and the conference is continued from today to December 7, 2006 at 11:30 a.m. Plaintiff's counsel shall initiate the call.

DATED this 7th day of November, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge