IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIMERI NEITZKE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3060 |
| | ) | |
| v. | ) | |
| | ) | |
| HUSQVARNA PROFESSIONAL | ) | MEMORANDUM AND ORDER |
| OUTDOOR PRODUCTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

A telephone conference was held with counsel this date pursuant to Fed. R. Civ. P. 16. Counsel disclosed that there remained outstanding discovery to be completed, as well as the plaintiff's deposition, and that they intended to prepare the case for mediation soon after those matters had concluded. Counsel agreed with the court to postpone further discussion regarding scheduling until after the mediation has been held.

IT THEREFORE HEREBY IS ORDERED:

1. Plaintiff shall serve responses to defendant's outstanding discovery requests on or before December 15, 2006.

2. Counsel shall confer and schedule the plaintiff's deposition on or before January 12, 2007.

3. Counsel shall arrange to mediate this dispute as soon after January 12, 2007 as practicable, or alternatively report to the court the reasons why the case cannot be mediated to resolution.

4. Another telephone conference with counsel shall be held at 11:00 a.m. February 7, 2007 for the purpose of further scheduling the matter to trial or other disposition.

DATED this 7th day of December, 2006.

                          BY THE COURT:

                          s/ *David L. Piester*
                          David L. Piester
                          United States Magistrate Judge