IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIMERI NEITZKE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3060 |
| | ) | |
| v. | ) | |
| | ) | |
| HUSQVARNA PROFESSIONAL | ) | ORDER |
| OUTDOOR PRODUCTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon being advised that this case did not settle at mediation,

IT IS ORDERED,

1.  This case is reinstated to the active trial docket.

2.  A telephone planning conference with the undersigned magistrate judge will be held on May 1, 2007 at 9:00 a.m. for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial. **Plaintiff's counsel shall initiate the call**.

DATED this 13th day of April, 2007.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge