IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TIMERI NEITZKE,                    )
                                   )
          Plaintiff,               )              4:06CV3060
                                   )
     v.                            )
                                   )
HUSQVARNA PROFESSIONAL             )              ORDER
OUTDOOR PRODUCTS, Inc.,            )
                                   )
          Defendant.               )
                                   )

     IT IS ORDERED:

     Upon the defendant's unopposed oral motion, the telephonic
planning conference before the undersigned magistrate judge is
continued to May 10, 2007 at 10:30 a.m.  Counsel for the
plaintiff shall initiate the call.


     DATED this 20th day of April, 2007.

                         BY THE COURT:

                         s/ David L. Piester
                         David L. Piester
                         United States Magistrate Judge