# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMERI NEITZKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:06-cv-03060-RGK-DKP |
| v. ) | |
| ) | ORDER |
| HUSQVARNA PROFESSIONAL ) | |
| OUTDOOR PRODUCTS, INC., ) | |
| ) | |
| Defendant. ) | |

Upon consideration of Defendant Husqvarna Professional Outdoor Products, Inc.'s Motion for Extension of Time to File a Motion for Summary Judgment, and for good cause shown,

IT IS HEREBY ORDERED that the motion is granted. Defendant shall have until Friday, September 21, 2007 in which to file any dispositive motion and accompanying documents or pleadings.

Dated: September 14, 2007

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge