# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE | ) | GENERAL ORDER |
| | ) | |
| ASSIGNMENT OF CASE TO | ) | No. 2007- 17 |
| THE HONORABLE WILLIAM J. RILEY | ) | |

With the concurrence of Chief Circuit Judge James B. Loken, United States District Judge Richard G. Kopf, and Circuit Judge William J. Riley,

IT IS ORDERED:

1. Effective immediately, the following cases are reassigned from Judge Kopf to Judge Riley for the purposes of trial:

   **4:06CV3060 Neitzke v. Husqvarna Professional Outdoor Products**
   **4:06CV3304  Nelson v. Village of Herman, et al.**
   **4:07CV3129 Heartland Windows Mfg. V. North Country Windows, et al.**

2. The magistrate judge assignment will remain unchanged.

3. The above cases will be called for trial at the University of Nebraska, College of Law at Lincoln, Courtroom, Room 168, 1875 North 42nd Street, Lincoln, NE on **January 22, 2008.**

DATED 31st day of October, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief Judge