IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMERI NEITZKE, | ) |
| | ) |
| Plaintiff, | )   4:06cv3060 |
| | ) |
| v. | )   **ORDER AND JUDGMENT** |
| | ) |
| HUSQVARNA PROFESSIONAL | ) |
| OUTDOOR PRODUCTS, INC., | ) |
| | ) |
| Defendant. | ) |

Pursuant to the Memorandum Opinion entered this date,

**IT IS ORDERED:**

1. Plaintiff Timeri Neitzke's Second Amended Complaint (Filing No. 14) is DISMISSED, with prejudice.

DATED this 2nd day of January, 2008.

BY THE COURT:

/s/ William Jay Riley
_____
WILLIAM JAY RILEY, Circuit Judge
Sitting by Designation